STATE OF NORTH CAROLINA v. WILLIAM JUNIOR WALTON

No. 751SC212

(Filed 21 May 1975)

APPEAL by defendant from *Lanier, Judge*. Judgment entered 7 November 1974 in Superior Court, PASQUOTANK County. Heard in the Court of Appeals 8 May 1975.

Defendant was charged in a bill of indictment with armed robbery. After a plea of not guilty, defendant was tried before a jury and found guilty of common law robbery. From judgment entered upon the verdict, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Frank B. Aycock, Jr., for defendant appellant.*

MARTIN, Judge.

Counsel for defendant admits that he is unable to find prejudicial error in the trial. We have carefully examined the record and are also of the opinion that defendant has received a fair trial free from prejudicial error.

No error.

Judges CLARK and ARNOLD concur.

STATE OF NORTH CAROLINA v. SAINT LUKE GREGORY, JR.

No. 751SC168

(Filed 21 May 1975)

APPEAL by defendant from *Cohoon, Judge*. Judgment entered 4 December 1974 in Superior Court, PASQUOTANK County. Heard in the Court of Appeals 6 May 1975.

*Attorney General Edmisten, by Associate Attorney James Wallace, Jr., for the State.*

*C. Everett Thompson, for defendant appellant.*

BRITT, PARKER and VAUGHN, Judges.

No error.